```
                                                              FILED
                                                         US DISTRICT COURT
                                                         DISTRICT OF NEBRASKA

                                                            NOV 21 2006
```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA          OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR198 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| RUBY TOM, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's oral motion for mileage reimbursement and subsistence to Defendant. Defendant is indigent and is in need of mileage reimbursement and subsistence for meals and lodging, as necessary, not to exceed the authorized per diem, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. The Defendant's motion is granted, and;

2. That the U.S. Marshal shall provide reimbursement for round trip mileage to Defendant from Bridgeport, Connecticut to Omaha, Nebraska, and subsistence for meals and lodging, as necessary, not to exceed the authorized per diem.

DATED this 21 day of November, 2006.

BY THE COURT:

_____
HON. F.A. GOSSETT
United States Magistrate Judge