# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR198 |
| RUBY TOM, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

IT IS ORDERED that the following is set for hearing on **January 17, 2007** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Transfer [28] filed by the defendant.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 15th day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge