IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                        Plaintiff,       )<br>                                                             )<br>           vs.                                           )<br>                                                             )<br>RUBY TOM,                                       )<br>                                                             )<br>                        Defendant.    ) | 8:06CR198<br><br>ORDER |

Before the court is defendant's Unopposed MOTION TO CONTINUE HEARING [31]. For good cause shown,

**IT IS ORDERED:**

**1.** That the MOTION TO CONTINUE HEARING [31] is granted; and

2. That the evidentiary hearing on the Motion to Transfer [28] is continued to **February 21, 2007** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 16th day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge