IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CR198** |
| vs. ) | |
| ) | **ORDER** |
| **RUBY TOM,** ) | |
| ) | |
| **Defendant.** ) | |

Before the court is defendant's Motion to Withdraw Motion and Brief [33]. The motion is granted and the Motion to Transfer [28] is deemed withdrawn. The evidentiary hearing scheduled for February 21, 2007 is cancelled.

**IT IS SO ORDERED.**

DATED this 21st day of February, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge